UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| T.H.E. INSURANCE COMPANY, Appellee, v. MELYNDIA DAVIS ROBERT SPENCER, Appellants. | Case No. 21-2044 |
|---|---|

**CONSENT MOTION FOR EXTENSION OF
BRIEFING SCHEDULE**

Appellee T.H.E. Insurance Company ("T.H.E.") by and through counsel and with the consent of Appellants Melyindia Davis and Robert Spencer ("Appellants"), hereby moves pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Local Rule 27(a) for an extension of the briefing schedule, and in support, shows as follows:

1. T.H.E. and Appellants seek a revised briefing schedule to make the deadlines consistent with the amount of time originally allocated for the parties to file the Response brief and Reply brief, as previously set in the Court's October 26, 2021 Order. (Doc 13)

1

2. On October 25, 2021, Appellants filed a Consent Motion for Extension of Briefing Schedule, seeking an agreed upon 30-day extension of time to file their Appellant Brief, and additional agreed upon extensions of deadlines for the filing of T.H.E.'s Response Brief and Appellants' Reply Brief. (Doc. 12)

3. On October 26, 2021, the Court entered an Order granting Appellants' Motion to For Extension of Briefing Schedule and set the following deadlines: **JOINT APPENDIX DUE: 12/20/2021; OPENING Brief due: 12/02/2021; RESPONSE Brief due: 1/14/2022; REPLY Brief due: 2/04/2022.** (Doc. 13)

4. On November 30, 2021, Appellants filed a Consent Motion to Defer Filing of the Joint Appendix. (Doc. 15)

5. On November 30, 2021, the Court entered an Order granting the Consent Motion to Defer Filing the Joint Appendix. (Doc. 16).

6. Thereafter, on November 30, 2021, the Court issued a Briefing Order that incorporated the deferred filing date for the Joint Appendix, but which also *sua sponte* amended the briefing deadlines as follows: **OPENING Brief due: 1/10/2022; RESPONSE Brief due: 2/08/2022; JOINT APPENDIX DUE: 2/22/22; REPLY Brief due: 3/04/2022.** (Doc. 17).

7. Appellants filed their Opening Brief on January 10, 2020.

2

8.      T.H.E. and Appellants now request that the Court issue an Order revising the current briefing schedule to conform the parties' previous agreement and the schedule set forth in the Court's October 26, 2021 Order. (Doc. 13)

9.      T.H.E. and Appellants request that the Court issue an Order revising the briefing deadlines as follows: **APPELLEE RESPONSE Brief due 2/18/2022. JOINT APPENDIX due 3/04/2022. APPELLANT REPLY Brief due 3/11/2022.**

10.      T.H.E. has conferred with Appellants' counsel regarding this request, and Appellants consent.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

Dated: January 20, 2022

__/s/ *Megan T. Mantzavinos*_____
Megan T. Mantzavinos
mmantzavinos@moodklaw.com
600 Baltimore Avenue, Suite 305
Towson, Maryland 21204
(410) 339-6880 Office
(410) 339-6881 Fax

*Attorneys for Appellee*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that today, January 20, 2022, a copy of the foregoing Appellee's Consent Motion for Extension of Time was served electronically on the individuals below via the Court's Filing System. An electronic copy is also available for viewing and downloading via the E-filing system maintained by the United States Court of Appeals, Fourth Circuit.

Douglas P. Desjardins, Esquire
Joseph Anderson, Esquire
Amanda C. Dure, Esquire
PANGIA LAW GROUP
1717 N. Street NW
Washington, DC 20036

By: /s/ *Megan T. Mantzavinos*____
      Megan T. Mantzavinos, Esquire